UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc. <br><br> Plaintiff, <br><br> vs. <br><br> Dean Molta <br><br> Defendant | Case No.: **03-30290 MAP** <br><br> **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Dean Molta**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

6/10/04
_____
Date

_____
John M. McLaughlin (BBO: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1