UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc. ) | Case No.: **03-30290 MAP** |
| ) | |
| Plaintiff ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST FOR DEFAULT** |
| vs. ) | |
| ) | |
| Dean Molta ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On December 1, 2004, the Plaintiff filed a Complaint against the Defendant, **Dean Molta**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On March 5, 2004, the said Defendant was served by leaving the pertinent documentation at the **last and usual** place of abode of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. On or about March 18, 2004 an attorney left a telephone message for me regarding this matter.

5. On or about April 1, 2004 I contacted the attorney in response to the aforementioned phone call, and had not heard back from this attorney since this date.

6. On or about June 9, 2004 I called the attorney again to follow up. The attorney indicated that she had been unable to contact the Defendant and I told her I would be filing a Request for Notice of Default.

7. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint.

8. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

9. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

6/10/04
Date

John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865