

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Dean Molta

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 - 30290 - MAP**

TO: (Name and address of Defendant)

Dean Molta
22 Vernon Street
Agawam, MA 01001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin (BBO.: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_

(By) DEPUTY CLERK

December 1, 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

March 8, 2004

I hereby certify and return that on 3/5/2004 at 01:30 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of DEAN MOLTA, , 22 VERNON Street, , AGAWAM, MA 01001, and by mailing 1st class to the above address on 3/5/2004. Attestation x 2 ($10.00), Conveyance ($3.60), Travel ($7.68), Basic Service Fee ($20.00), Mailing ($3.00) Total Charges $44.28

Deputy Sheriff MICHAEL POWERS

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.