# CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 10 day of _____, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Dean Molta
22 Vernon Street
Agawam, MA 01001

_____
John M. McLaughlin, Esq.