# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

<u>**DIRECTV, Inc.**</u>                            CIVIL ACTION
          **Plaintiff**

                                     NO. <u>3:03cv30290-MAP</u>
           V.

<u>**Dean Molta**</u>
          **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>DIRECTV, Inc</u>

for an order of Default for failure of the Defendant, <u>Dean Molta</u>, to plead

or otherwise defend as provided by Rule 55(a) of the Federal Rules of

Civil Procedure, notice is hereby given that the Defendant has been defaulted

this <u>28</u> day of <u>June</u>, 2004.

                                                           Tony Anastas, Clerk

                                   By:    /s/ *Maurice G Lindsay*
                                                       Maurice G. Lindsay, Deputy Clerk

**Notice mailed to:**

- ❏    John M. McLaughlin
- ❏    Dean Molta