## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Western Division)

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | Case No.: **03-30290 MAP** |
| | ) | |
| Plaintiff, | ) | **ORDER OF** |
| | ) | **DEFAULT JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Dean Molta** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

The Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, finds that the Plaintiff is entitled to a Default Judgment as follows:

1.    $_____ in baseline statutory damages pursuant to Title 47 U.S.C. § 605    (e)(3)(C)(i)(II) or Title18 U.S.C. § 2520(c)(2)(B)

2.    Costs $_____ pursuant to Title 18 U.S.C. § 2520(b)(3) and /or Title 47 U.S.C. § 605(e)(3)(B)(iii);

3.    The issuance of a permanent injunction pursuant to 47 U.S.C. § 605(e)(3)(B)(i) or 18 U.S.C. § 2520(b)(1). utilizing the following language or language of a similar nature:

> "The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from the further modification and/or use of electronic equipment designed for the unauthorized interception of signal in violation of provisions of Title 47; and,

4.    Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961.

5.    Attorney's fees of $_____ pursuant to Title 18 U.S.C. § 2520(b)(3) and /or

Title 47 U.S.C. § 605(e)(3)(B)(iii).

**SO ORDERED**.

Dated: _____          _____
                                        United States District Court Judge