O  AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  MASSACHUSETTS

| DIRECTV, INC. | **NOTICE** |
|---|---|
| V. | |
| DEAN MOLTA | CASE NUMBER:   03-30290-MAP |

| TYPE OF CASE: | | |
|---|---|---|
| | :   **CIVIL** | **CRIMINAL** |

9   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENCE

:   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **October 22, 2004, at 10:00 a.m.** | **October 28, 2004 at 10:00 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| October 18, 2004 | /s/ *Bethaney A. Healy* |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     ALL  COUNSEL OF RECORD