UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTTV, INC,

        Plaintiff,                CIVIL ACTION
v.                                    No.03-30290-KPN

DEAN MOLTA,

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main St.                **DATE AND TIME:**
Worcester, MA 01608      **November 30, 2004, at 10:00 A.M.**

_____
Type of Proceeding:


**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**


_____
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE


<u>November 5, 2004</u>              /s/ Lisa B. Roland
Date                            Lisa B. Roland,
                                Deputy Clerk
                                (508) 929-9905