UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTTV, INC,

       Plaintiff,                CIVIL ACTION
v.                                      No.03-30290-KPN

DEAN MOLTA,

       Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court         **COURTROOM #1, 5th FLOOR**
595 Main St.                 **DATE AND TIME:**
Worcester, MA 01608       **December 9, 2004, at 10:00 A.M.**

_____
Type of Proceeding:

**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**


_____
                                CHARLES B. SWARTWOOD, III
                                MAGISTRATE JUDGE


<u>December 2, 2004</u>              /s/ Lisa B. Roland
Date                               Lisa B. Roland,
                                Deputy Clerk
                                (508) 929-9905