✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DIRECTV, INC.

**NOTICE**

V.

DEAN MOLTA                                          CASE NUMBER:   03-30290-KPN

TYPE OF CASE:

☒ **CIVIL**              **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **December 22, 2004 at 10:00** | **January 7, 2005, at 11:30 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

December 9, 2004                                          /s/ *Bethaney A. Healy*

DATE                                                              (BY) DEPUTY CLERK

TO:     ALL COUNSEL OF RECORD