UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECT TV,**

        Plaintiff,

**DEAN MOLTA,**

        Defendant,

CIVIL NO. 03-30290-KPN

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE NEIMAN

**SWARTWOOD, M.J.**

On **DECEMBER 28, 2004** I held the following ADR proceeding:

| | |
|---|---|
| ___ EARLY NEUTRAL EVALUATION | _X_ MEDIATION |
| ___ MINI-TRIAL | ___ SUMMARY JURY TRIAL |
| ___ SETTLEMENT CONFERENCE | |

The parties were present in person or by an authorized corporate officer.

The case was:

(X) Settled. Your clerk should enter a __30__ day order of dismissal.
( ) There was progress. A further conference has been scheduled for _____. unless the case is reported settled prior to that date.
( ) Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
( ) Suggested strategy to facilitate settlement:

**December 28, 2004**           /s/ Charles B. Swartwood, III
Date           **CHARLES B. SWARTWOOD, III, MJ**