UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DIRECTV, INC.,             )
               Plaintiff    )
                       )
                       )
         v.              )      Civil Action No. 03-30290-KPN
                       )
                       )
DEAN MOLTA,          )
           Defendants  )


SETTLEMENT ORDER OF DISMISSAL
December 28, 2004


     The court, having been advised on December 28, 2004 , that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                            By the Court,


                          /s/ Bethaney A. Healy
                        Bethaney A. Healy
                        Deputy Clerk